In the Matter of the Application of MARY BUCEK for an Order Directed to THOMAS W. WHITTLE, WILLIAM BOWNE PARSONS and AGNES CUNNINGHAM, Composing the Board of Assessors of the City of New York, and FRANK J. TAYLOR, PAUL WINDELS and W. STANLEY MILLER, Composing the Board of Revision of Assessments of the City of New York. Appeal No. 1. FREDERICK J. H. KRACKE, WILLIAM BOWNE PARSONS and AGNES CUNNINGHAM, Composing the Board of Assessors of the City of New York, and JOSEPH D. McGOLDRICK, WILLIAM C. CHANLER and WILLIAM STANLEY MILLER, Composing the Board of Revision of Assessments of the City of New York, Appellants; MARY BUCEK, Respondent. In the Matter of the Application of OTTO KRIZEK and EMMA KRIZEK, His Wife, for an Order Directed to THOMAS W. WHITTLE and Others, Composing the Board of Assessors of the City of New York, and FRANK J. TAYLOR and Others, Composing the Board of Revision of Assessments of the City of New York. Appeal No. 2. FREDERICK J. H. KRACKE, WILLIAM BOWNE PARSONS and AGNES CUNNINGHAM, Composing the Board of Assessors of the City of New York, and JOSEPH D. McGOLDRICK, WILLIAM C. CHANLER and WILLIAM STANLEY MILLER, Composing the Board of Revision of Assessments of the City of New York, Appellants; OTTO KRIZEK and EMMA KRIZEK, His Wife, Respondents. In the Matter of the Application of VITO SIMONE and MARIA SIMONE, His Wife, for an Order Directed to THOMAS W. WHITTLE and Others, Composing the Board of Assessors of the City of New York, and FRANK J. TAYLOR and Others, Composing the Board of Revision of Assessments of the City of New York. Appeal No. 3. FREDERICK J. H. KRACKE, WILLIAM BOWNE PARSONS and AGNES CUNNINGHAM, Composing the Board of Assessors of the City of New York, and JOSEPH D. McGOLDRICK, WILLIAM C. CHANLER and WILLIAM STANLEY MILLER, Composing the Board of Revision of Assessments of the City of New York, Appellants; VITO SIMONE and MARIA SIMONE, His Wife, Respondents. In the Matter of the Application of BEDRICH FILIP and FERDINAND FILIP, for an Order Directed to THOMAS W. WHITTLE and Others, Composing the Board of Assessors of the City of New York, and FRANK J. TAYLOR and Others, Composing the Board of Revision of Assessments of the City of New York. Appeal No. 4. FREDERICK J. H. KRACKE, WILLIAM BOWNE PARSONS and AGNES CUNNINGHAM, Composing the Board of Assessors of the City of New York, and JOSEPH D. McGOLDRICK, WILLIAM C. CHANLER and WILLIAM STANLEY MILLER, Composing the Board of Revision of Assessments of the City of New York, Appellants; BEDRICH FILIP and FERDINAND FILIP, Respondents.— Orders unanimously modified by directing a transfer of the proceedings to the Appellate Division for review, and upon review thereof, determinations annulled, with fifty dollars costs and disbursements to petitioner in each

proceeding, and the proceedings remitted to the board of assessors to ascertain and assess the damages to the buildings and improvements of the respective petitioners. No. opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.